# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**MICHAEL B. DANIELS**                                                                      **PETITIONER**

v.                                   Case No.  5:13-cv-00367-KGB

**RAY HOBBS, Director**
**Arkansas Department of Correction**                                            **RESPONDENT**

## ORDER

Because petitioner Michael B. Daniels has been resentenced to life without the possibility of parole as stated in his petition filed in this matter, the Clerk of the Court is directed to correct this action's "nature of suit" from "535 Death Penalty – Habeas Corpus" to "530 Habeas Corpus – General."

IT IS SO ORDERED this 17th day of December, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE