IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL B. DANIELS
ADC #135334                                                                                                   PETITIONER

v.                           Case No. 5:13-cv-00367-KGB-JTK

RAY HOBBS, Director,
Arkansas Department of Correction                                                                RESPONDENT

## JUDGMENT

Consistent with the Order entered on this day, it is considered, ordered, and adjudged that the complaint is dismissed with prejudice. The Court will not issue a certificate of appealability because petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c).

IT IS SO ADJUDGED this 10th day of December, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE